IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LESLIE PERALTA dba AMETHYST INNOVATIONS,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA FRANCHISE TAX BOARD, a State Agency, Director SELVI STANISLAUS and Tax Counsel NANCY PARKER, in Individual and Official Capacities; California State Treasurer JOHN CHIANG, formerly California State Controller, in Individual and Official Capacities; California State Attorney General KAMALA HARRIS and Deputy Attorney General KRISTA DUNZWEILER, in Individual and Official Capacities; and DOES 1-50,**<br><br>Defendants. | No. CV 15-01595 WHO<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Fed. R. Civ. P. 16; Local Rule 16-2(d)**<br><br>Judge:         Hon. William H. Orrick<br>Trial Date:    Not Set<br>Action Filed:  4/8/2015 |

Defendants California Franchise Tax Board ("FTB"), Selvi Stanislaus, Nancy Parker, John Chiang, Attorney General Kamala Harris, and Deputy Attorney General ("DAG") Krista Dunzweiler (collectively, "Defendants") by and through their undersigned counsel have moved pursuant to Northern District of California Local Rule 7-11 and 16-2(d) for administrative relief

1

for an order continuing the initial case management conference from August 12th, 2015 at 2:00 P.M. to October 14th, 2015 at 2:00 P.M.  No opposition was filed.  Good cause appearing, the Court hereby GRANTS the Defendants' Motion **as modified below**, and orders that the current date for the initial case management conference of August 12th, 2015 is VACATED.

The new date and time for the initial case management conference is **October 13th, 2015 at 2:00 P.M**. in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco CA 94102. All deadlines and obligations stated in the Court's April 21, 2015 Case Management Conference Order (ECF 8) shall apply except to the extent that they are affected by the new October 1**3**th, 2015 initial case management conference date.  **Defendants' motion to dismiss remains on the law and motion calendar for August 12, 2015, at 2 pm.**

IT IS SO ORDERED.

Date: July 1, 2015

_____

Hon. William H. Orrick

United States District Judge

2

Order Granting Defendants' Motion for Administrative Relief for Leave to Continue Case Management Conference
(CV15-01595)